```
                              United States Bankruptcy Court
                                    District of Oregon
In re:                                                       Case No. 19-60613-tmr
      Kimberly Kay Rogers                                    Chapter 7
              Debtor                    CERTIFICATE OF NOTICE
District/off: 0979-6          User: Admin.                 Page 1 of 1             Date Rcvd: Mar 05, 2019
                              Form ID: 309A                Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
```
db             +Kimberly Kay Rogers,    760 Tawn Cheree,    Medford, OR 97501-1727
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,   POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
101860297      +AZ Spine and Joint Hospital,    4620 E Baseline Road,    Mesa, AZ 85206-4624
101860301      +Donald Rogers,    760 Tawn Cheree,    Medford, OR 97501-1727
101860302       Early Warning Services,    16552 N 90th St 100,    Scottsdale, AZ 85260-1619
101860303       Equifax OPTIONS,    PO Box 740123,    Atlanta, GA 30374-0123
101860304       Experian,    ATTENTION: CONSUMER SERVICES,    901 West Bond St.,    Lincoln, NE 68521-3667
101860306       Macy's - Fed. Dept. Store Bank,    9111 Duke Blvd.,    Mason, OH 45040-8999
101860307       Oakes Law Offices, P.C.,    6502 South 6th Street,    Klamath Falls, OR 97603-7112
101860309      +Radius Global Solutions,    PO Box 39095,    Minneapolis, MN 55439-0095
101860310      +Receivables Management Solutions,    1353 E Lafayette Street Ste B,    Tallahassee, FL 32301-4746
101860313       TransUnion,    PO Box 900,    Woodlyn, PA 19094-0900
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: koakes@yahoo.com Mar 06 2019 03:10:02      KAREN M OAKES,   6502 S 6th St,
                 Klamath Falls, OR 97603
tr              EDI: FCAMBORN Mar 06 2019 08:03:00      Candace Amborn,   POB 580,   Medford, OR 97501-0214
smg             EDI: ORREV.COM Mar 06 2019 08:03:00      ODR Bkcy,   955 Center NE #353,   Salem, OR 97301-2555
smg            +E-mail/Text: usaor.bankruptcy@usdoj.gov Mar 06 2019 03:10:50      US Attorney,    US Attorney,
                 1000 SW 3rd Ave #600,   Portland, OR 97204-2936
ust            +E-mail/Text: ustpregion18.eg.ecf@usdoj.gov Mar 06 2019 03:10:24      US Trustee, Eugene,
                 405 E 8th Ave #1100,   Eugene, OR 97401-2728
101860298       EDI: CHASE.COM Mar 06 2019 08:03:00      Chase Credit Card,   Attn: George Tipps, V.P.,
                 PO BOX 15298,   Wilmington, DE 19850-5298
101860299       Fax: 602-659-2196 Mar 06 2019 04:29:17      Chexsystems / Consumer Relations,
                 7805 Hudson Road Suite 100,   Woodbury, MN 55125-1703
101860300       EDI: DISCOVER.COM Mar 06 2019 08:03:00      Discover Financial Services,
                 Attn: Roger Hoschschild, President,   PO Box 30943,   Salt Lake City, UT 84130-0943
101860305       EDI: IRS.COM Mar 06 2019 08:03:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
101860308       EDI: ORREV.COM Mar 06 2019 08:03:00      ODR Bkcy,   955 Center St NE,   Salem, OR 97301-2555
101860312       EDI: TFSR.COM Mar 06 2019 08:03:00      Toyota Financial Services,
                 Attn: Jim Lentz, Vice President,   19001 S. Western Avenue,   Torrance, CA 90501
101860311       E-mail/Text: epr@telecheck.com Mar 06 2019 03:11:17      Telecheck Recovery Services, Inc.,
                 5251 Westheimer,   Houston, TX 77056-5416
                                                                                              TOTAL: 12
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kimberly Kay Rogers | Social Security number or ITIN: | xxx–xx–0872 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _  EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Oregon | Date case filed for chapter: | 7   3/5/19 |
| Case number: | 19–60613–tmr7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly Kay Rogers | |
| 2. | **All other names used in the last 8 years** | fka Kimberly Kay Clement, fka Kimberly Kay McDowell | |
| 3. | **Address** | 760 Tawn Cheree<br>Medford, OR 97501 | |
| 4. | **Debtor's attorney**<br>Name and address | KAREN M OAKES<br>6502 S 6th St<br>Klamath Falls, OR 97603 | Contact phone (541) 273–1650 |
| 5. | **Bankruptcy trustee**<br>Name and address | Candace Amborn<br>POB 580<br>Medford, OR 97501–0214 | Contact phone (541) 858–9591 |

**For more information, see pages 2 & 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** | 405 E 8th Ave #2600<br>Eugene, OR 97401 | Office Hours 9:00 a.m. – 4:30 p.m. |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 541–431–4000<br><br>Date: 3/5/19 |
| 7. | **Meeting of creditors** | **April 1, 2019 at 02:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | **US District Courtroom, US Courthouse, 310 W 6th St, Medford, OR 97501** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/31/19** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. See line 13 for other important deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　　page **2**

Case 19-60613-tmr7　　Doc 8　　Filed 03/07/19

| 13. | Notices Re Proposed Dismissal of Case/Undue Hardship Presumption; and Abandonment of Debtor's Residence (Real Property) | This case may be dismissed without further prior notice if the debtors fail to complete the meeting of creditors, timely file any documents, or make fee payments ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, with the Court and sends copies to the debtors' attorney (or debtors if pro se) and trustee. Any presumption of undue hardship that may exist in a reaffirmation agreement filed by the debtors shall remain in effect until the effective date of any discharge order entered in this case unless a party in interest objects by **5/31/19**. At least 5 days prior to the date of the meeting of creditors, any party in interest who objects to abandonment of the debtors' residence (real property) must file with the Court a written objection and serve a copy on the debtors and debtors' attorney. If no timely objection is filed, the trustee can abandon the property at or after the meeting of creditors upon request of the debtors or mortgage creditor without any further notice requirement. Mortgage creditors are authorized to negotiate a loan modification with a debtor either before or after the meeting of creditors, but any modification reached cannot become effective until the property is abandoned. Mortgage creditors may use the procedure outlined in LBF 751.7, available at https://www.orb.uscourts.gov, to obtain such abandonment. A creditor's contact with the debtors and/or debtors' attorney to effect a modification shall not be considered a violation of the automatic stay of 11 USC §362. Negotiations with represented debtors must be with debtors' counsel who may consent to the creditor communicating directly with the debtors. |
|---|---|---|
| 14. | Trustee Appointment | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| 15. | Court Information and Legal Advice | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **3**

Case 19-60613-tmr7    Doc 8    Filed 03/07/19